**No. 61611.**—D & A Sclafani *v.* United States, protest 303414–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiff was sustained.

**No. 61612.**—Eastern Air Lines, Inc. *v.* United States, protest 320814–K (Philadelphia).

Opinion by DONLON, J.   Following *Pan American Airways, Inc.* v. *United States* (38 Cust. Ct. 110, C. D. 1851), the protest was overruled.

FEBRUARY 21, 1958

**No. 61613.**—S. P. Skinner Co., Inc. *v.* United States, protest 233045–K.–■■■ ■■■■■–C. D. 1958.   Motion of Government for rehearing denied.

FEBRUARY 25, 1958

**No. 61614.**—J. Goldenberg and Hudson Shipping Co., Inc. *v.* United States, protests 238439–K and 238408–K.–■■■■■■■■ –C. D. 1950.   Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, MARCH 5, 1958

**No. 61615.**—Lunham & Reeve, Inc. *v.* United States, protest 167140–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.